UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

vs.

KENNETH C. HENDERSON

Case Number: ~~3:19-mj-0034 DMC~~
3:20-cr-0002 DMC

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty or no contest, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of: 21 USC 844(a)     Nature of Charge(s): Possess Controlled Substance
36 CFR 261.6(a)     Cut/Damage Forest Product
36 CFR 261.9(a)     Damage Natural Feature
36 CFR 261.10(b)    Maintain Improvements
36 CFR 261.10(e)    Abandon Personal Property
36 CFR 261.10(k)    Occupy National Lands
36 CFR 261.11(b)    Unsanitary Condition

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PROBATION** for a term of five (5) years. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay the following financial obligations:

Count 1: Fine: $975.00, a special assessment of $25.00, and a $30.00 processing fee ;
Count 2: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;
Count 3: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;
Count 4: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;
Count 5: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;
Count 6: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;
Count 7: Fine: $210.00, a special assessment of $10.00, and a $30.00 processing fee ;

for a total financial obligation of $2,530.00, which shall be paid in full by May 1, 2020.

☒ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of twenty-one days beginning immediately.

☒ You are prohibited from entering federal lands in the Eastern District of California for a period of five years including, but not limited to, lands supervised by the Bureau of Land Management, U.S. Forest Service, U.S. Fish & Wildlife, U.S. Park Service, and the Veteran's Administration.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order <u>must</u> indicate <u>your name and case number</u> shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

Dated: January 14, 2020

DENNIS M. COTA, U.S. MAGISTRATE JUDGE